Americollect
Attn: Multicare Health Systems
1851 s Alverno Road
Manitowoc, WI 54221

Assessors-Treasurer
Attn: Pierce County
2401 S 35th St. Room 142
Tacoma, WA 98409

Dynamic Collections
Attn;Montesany/greys Harbor
790 S Market Blvd
Chehalis, WA 98532

HOA Community Solutions
Attn; Western Ranchettes
P.O. Box 364
Gig Harbor, WA 98335

Puget Sound Collect
Attn; MT Rainier PHYsicans
738 Broadway ST 400
Tacoma, WA 98402RPtMA