Josette M. Ewing
Todd H. Payne

23-42003

FILED
Western District of Washington
at Tacoma

NOV 28 2023

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

Dear Your Honor,

We, Josette Ewing & Todd Payne, would like to request an extension to file the remaining schedules and required paperwork due for our bankruptcy case. We have been filing without an attorney and have been getting alot of the paperwork filed and submitted on time so far. We would just like to ask for an additional period of 7-10 days to be able to complete the paperwork packet, to be able to have everything filled out correctly and completed. Your consideration would be greatly appreciated.

Sincerely,

Josette M. Ewing 11/28/2023